| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041236380**<br>Attorneys for Movant: KeyBank, N.A. | |
| IN re:<br><br>Brian Wolfson<br>      Debtor | Case No.: 23-15941-ABA<br>Chapter: 11<br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, __Darren Pedaci_____, do hereby certify:

    1.    I am a __Bankruptcy Specialist_____ employed by KeyBank, N.A., and I have complete knowledge of the amount due on the within obligation and Lease, and I am authorized to make this certification.

    2.    On December 17, 2019, the Debtor executed a Retail Installment Sale Contract (hereinafter "Contract") for the purchase and use of a 2014 Maserati Quattroporte bearing VIN # ZAM56PPAXE10804166 more particularly described in the following paragraph. Pursuant to the Contract, the Debtor became indebted to KeyBank, N.A., in accordance with the terms of same. True and correct copies of the Contract are attached hereto.

    3.    The following information sets forth the make, model and serial number of the vehicle, the terms of the lease, the average retail and trade in value of the vehicle, and the current status of the Debtor's Lease:

    a.    Make, model and serial number of the motor vehicle:

2014 Maserati Quattroporte

VIN: ZAM56PPAXE10804166

      b. Original Lease Terms:

          i. Total of payments: $75,951.36

          ii. Term: 72 Months

          iii. Monthly Payment: $1,054.88

      iv. First payment due: July 6, 2018

      c. Average retail value: $50,000

      d. Delinquency Status: eleven months past-due pre-petition, one month past due post-petition

      e. Total Balance due: $14,003.71

4. Debtor filed the instant Chapter 11 case on July 12, 2023.

5. Since the petition date, Debtor has failed to remit post-petition payments due under the terms of the lease, resulting in a post-petition delinquency of $1,054.88.

6. Since July 12, 2023, Movant has incurred attorney's fees in connection with this Motion.

7. This certification is made in support of the Relief from the Automatic Stay so that the Movant may exercise all its rights under the applicable non-bankruptcy law and move to protect its rights under the Lease.

8. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: August 23, 2023

Signature: *Darren Pedaci*

Name & Title: Darren Pedaci, Bankruptcy Specialist

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | | | | | |
| DISTRICT OF NEW JERSEY | | | | | |

Caption in compliance with D.N.J. 9004-1(b)

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**
**170 S. Independence Mall West, Suite 874W**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041236380**

Attorneys for Movant: KeyBank, N.A.

| | |
|---|---|
| In Re:<br>Brian Wolfson<br>    Debtor | Case No.:  23-15941-ABA<br><br>Hearing Date: September 19, 2023 at 10:00 a.m.<br><br>Chapter:  11<br><br>Judge:  Andrew B. Altenburg, Jr. |

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

<u>Darren Pedaci</u>, employed as <u>Bankruptcy Specialist</u> by KeyBank, N.A., hereby certifies the following:

 Vehicle lender/lessor: KeyBank, N.A.

 Vehicle description: 2014 Maserati Quattroporte bearing VIN # ZAM56PPAXE10804166

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on July 12, 2023)

| Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|
| 1. 1,054.88 | 08/05/2023 | n/a | 0.00 | n/a | n/a |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo/yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| TOTAL: 1,054.88 | | | 0.00 | | |

[Continue on attached sheets if necessary]

Monthly payments past due at $1,054.88 per month from 08/5/2023 to n/a: $1,054.88

Plus miscellaneous amounts due:

        Late Charges:    $ 0.00

        Repossession fees:    $ 0.00

        Extension fees:    $ 0.00

        Other:    $ 0.00

**TOTAL POST-PETITION PAST DUEYYYYYYYY.. $ 1,054.88**

---

Pre-petition arrears: 09/05/2022 to 07/05/2022

( eleven (11) months   x   $1,054.88 per month = $11,603.68)

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: _August 23, 2023_                           *Damon Pedrosi*
                                                                                 Signature