UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**170 S. Independence Mall West, Suite 874W**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041236380**
Attorneys for Movant: KeyBank, N.A.

| | |
|---|---|
| IN re:<br><br>Brian Wolfson<br>            Debtor | Case No.: 23-15941-ABA<br>Chapter: 11<br>Judge: Andrew B. Altenburg, Jr. |

## STATEMENT UNDER D.N.J. LBR 9013-2 WHY NO MEMORANDUM IS NECESSARY

The accompanying Motion relies on facts of record and/or presents no novel issues of law and, therefore, the undersigned respectfully contends that no Brief is necessary.

Date: August 24, 2023                    Weltman, Weinberg & Reis Co., L.P.A.

                                        /s/ Cameron Deane
                                        Cameron Deane, Esquire
                                        Attorney for Movant
                                        170 S. Independence Mall West, Suite 874W
                                        Philadelphia, PA 19106
                                        P: 267-940-1643
                                        F: 215-599-1505
                                        cdeane@weltman.com