| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>**By: Cameron Deane, Esq. (Atty.**<br>**I.D.# 36334-2021)**<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041236380**<br>Attorneys for Movant: KeyBank, N.A. | |
| IN re:<br><br>Brian Wolfson<br>      Debtor | Case No.: 23-15941-ABA<br>Chapter: 11<br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, Cameron Deane, Esquire:

   ☒ Represent the **Movant** in the above-captioned matter.

   ❏ Am the secretary/paralegal for _____ who represents the Movant in the above captioned matter.

   ❏ Am the **Movant** in the above case and am representing myself.

2. On August 24, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief from Automatic Stay
   - Certifications in Support of Motion for Relief from Automatic Stay
   - Exhibits attached to Motion for Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 24, 2023                               */s/* Cameron Deane
                                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian Wolfson<br>110 Munn Lane<br>Cherry Hill, NJ 08034 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Allen I Gorski<br>Gorski and Knowlton, P.C.<br>311 White Horse Avenue<br>Suite A<br>Hamilton, NJ 08610<br>agorski@gorskiknowlton.com | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Nicole M. Nigrelli<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Chapter 11 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.