| UNITED STATES BANKRUPTCY COURT | |
| DISTRICT OF NEW JERSEY | |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)* | |
| | |
| Nicole M. Nigrelli, Esquire | |
| CIARDI CIARD & ASTIN | |
| 1905 Spruce Street | |
| Philadelphia, PA 19103 | |
| T (215) 557-3550 | |
| F (215) 557-3551 | |
| nnigrelli@ciardilaw.com | |
| Subchapter V Trustee | |
| | |
| *In re:* | Case No.: 23-15941(ABA) |
| | |
| BRIAN WOLFSON, | Chapter: 11 |
| Debtor. | |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Nicole M. Nigrelli, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling $0.00. The case was dismissed with no plan confirmed and no plan payments made to the Trustee. There was no court awarded compensation awarded to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: September 12, 2023

By: */s/Nicole M. Nigrelli*
Nicole M. Nigrelli, Subchapter V Trustee