| From: | Ellen McDowell |
|---|---|
| To: | "Allen Gorski"; Chambers_of ABA |
| Cc: | Brian Thomas (brian@brianthomaslaw.com); nnigrelli_ciardilaw.com; Rebecca K. McDowell; Robert Saldutti; Daniel Siedman |
| Subject: | RE: Brian Wolfson 23-15941 (ABA) Document #85 |
| Date: | Monday, November 27, 2023 4:34:10 PM |

**CAUTION - EXTERNAL:**

Good afternoon. Kindly mark Mrs. Wolfson's objection to the auctioneer's retention withdrawn as well.

**From:** Allen Gorski <agorski@gorskiknowlton.com>
**Sent:** Monday, November 27, 2023 4:01 PM
**To:** Chambers_of ABA <Chambers_of_ABA@njb.uscourts.gov>
**Cc:** Ellen McDowell <Emcdowell@mcdowelllegal.com>; Brian Thomas (brian@brianthomaslaw.com) <brian@brianthomaslaw.com>; Nicole Nigrelli <nnigrelli@ciardilaw.com>; Rebecca K. McDowell <rmcdowell@slgcollect.com>; Robert Saldutti <rsaldutti@slgcollect.com>; Daniel Siedman <dsiedman@ciardilaw.com>
**Subject:** Brian Wolfson 23-15941 (ABA) Document #85

Dear Chambers: I just spoke with the debtor and we are withdrawing our objection to the retention of the auctioneer. The hearing on the objection is scheduled for tomorrow at 10am. I apologize for the late notice but the debtor's wife has been hospitalized for the past 3 weeks and is presently in ICU.

Very truly yours,

Allen I. Gorski

Allen I. Gorski, Esquire
Gorski & Knowlton PC
311 Whitehorse Avenue; Suite A
Hamilton, New Jersey 08610
Phone: (609) 964-4000
Fax: (609) 528-0721
Email: AGorski@gorskiknowlton.com

**This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (609) 964-4000 during the hours of 9:00a.m. - 5:00 p.m. (EST). Please then delete the e-mail and any copies of it. Thank you.**
IF YOU RECEIVE ANY FAX OR EMAIL FROM THIS LAW FIRM REQUESTING THAT YOU TRANSFER FUNDS TO US BY WIRE, DO NOT MAKE ANY SUCH TRANSFER UNTIL YOU HAVE SPOKEN DIRECTLY TO US AND CONFIRMED THAT THE REQUEST IS LEGITIMATE AND THAT THE WIRE TRANSFER INFORMATION IS CORRECT.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.