| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Allen I. Gorski, Esquire<br>Gorski & Knowlton, PC<br>311 Whitehorse Ave., Suite A<br>Hamilton, NJ  08610<br>(609) 964-4000<br>Email:  agorski@gorskiknowlton.com<br>Attorneys for Debtor | |
| In Re:<br><br>Brian Wolfson,<br><br>            Debtor | |



Order Filed on August 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      23-15941-ABA

Hearing Date: _____

Judge:     Andrew B. Altenburg, Jr.

Chapter:              7

# AMENDED ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Gorski & Knowlton, PC | $16,490.00 | $2,179.87 |

Gorski & Knowlton PC may disburse from their trust account $13,738.00.

IT IS FURTHER ORDERED that the balance of $4,931.87 will be paid as Chapter 11 administrative expense.

*rev.8/1/15*