# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

In Re: §
§
WOLFSON, BRIAN § Case No. 23-15941 ABA
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 07/12/2023. The case was converted to one under Chapter 7 on 09/05/2023. The undersigned trustee was appointed on 09/14/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   2,301,859.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 369,275.30 |
   | Bank service fees | 2,149.99 |
   | Other payments to creditors | 1,623,111.77 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 307,321.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/19/2023 and the deadline for filing governmental claims was 01/08/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 92,305.77 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 92,305.77 , for a total compensation of $ 92,305.77 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 4,078.19 , and now requests reimbursement for expenses of $ 225.81 , for total expenses of $ 4,304.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2024                By: /s/BRIAN S. THOMAS, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 23-15941 ABA | Judge: ANDREW B. ALTENTBURG, JR. | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WOLFSON, BRIAN | | Date Filed (f) or Converted (c): | 09/05/23 (c) |
| | | | 341(a) Meeting Date: | 10/16/23 |
| For Period Ending: | 09/10/24 | | Claims Bar Date: | 12/19/23 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 110 MUNN LANE CHERRY HILL NJ 08034 horse farm business +residence | 1,500,000.00 | 1,500,000.00 | | 2,117,525.00 | FA |
| 2. 2010 CADILLAC ESCALADE MILEAGE: 150,000 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. 2012 FORD F250 MILEAGE: 125,000 | 15,000.00 | 15,000.00 | | 13,000.00 | FA |
| 4. 2014 MASERATI QUATTRO PORTE MILEAGE: 75,000 | 18,000.00 | 0.00 | | 0.00 | FA |
| 5. 1976 CHEVROLET CORVETTE MILEAGE: INOPERABLE odometer | 14,000.00 | 0.00 | | 0.00 | FA |
| 6. ARCTIC WOLF RV 32FT | 22,000.00 | 0.00 | | 0.00 | FA |
| 7. USED FURNITURE AT RESIDENCE | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. TVS, COMPUTER, PRINTER, CELL PHONES | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. USED CLOTHING | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. WELLS FARGO | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. 1ST COLONIAL COMMUNITY BANK | 100,000.00 | 0.00 | | 0.00 | FA |
| 12. THE FUNNY FARM, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. JW HOME, LLC. HOLDS TITLE TO 219 13TH ST. NORTH, BRIGANTINE, NJ (1) (1) THESE FUNDS REPRESENT A LIQUIDATION OF ESTATE'S CLAIM AGAINST MICHAEL SNYDER RELATING TO A BALLOON MORTGAGE, HELD BY SNYDER, ON PROPERTY KNOWN AS 219 13TH STREET, BRIGANTINE, NJ AND TITLED IN NAME OF JW HOME, LLC. DEBTOR HAD AN INTEREST IN THIS LLC. THE MATTER WAS SUBJECT OF A MOTION FILED ON MARCH 21, 2024. THE PROPOSED SETTLEMENT WITH SNYDER IS $170,000.00 MICHAEL SNYDER, SENT THE TRUSTEE A CHECK FOR | Unknown | 170,000.00 | | 169,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 23-15941 ABA Judge: ANDREW B. ALTENTBURG, JR. | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | WOLFSON, BRIAN | Date Filed (f) or Converted (c): | 09/05/23 (c) |
| | | 341(a) Meeting Date: | 10/16/23 |
| | | Claims Bar Date: | 12/19/23 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $169,500.00 ALLEGING THAT HE PAID FOR AN APPRAISAL AND WANTED REIMBURSEMENT. THE TRUSTEE DISCUSSED THE ISSUE WITH SPECIAL COUNSEL, WHO WROTE A LETTER TO SNYDER ASKING FOR THE $500.00. THE TRUSTEE DECIDED NOT TO PURSUE THE MATTER. | | | | | |
| 14. DRIVERS HISTORY CAR CLUB, LLC- CLOSED IN 2022 | 0.00 | 0.00 | | 0.00 | FA |
| 15. WOLFSON VS. 1ST COLONIAL COMMUNITY BANK- CONSUMER | Unknown | 0.00 | | 0.00 | FA |
| fraud, fraudulent inducement | | | | | |
| 16. INSURANCE PREMIUM REFUND (u) | 1,834.00 | 0.00 | | 1,834.00 | FA |
| SEE NOTE ON FORM 2 CHECK #700005 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,691,334.00 | $1,685,000.00 | | $2,301,859.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

APPOINTMENT OF SPECIAL COUNSEL, ACCOUNTANT, AUCTIONEER. SALE OF CHERRY HILL PROPERTY AND 2012 FORD F250. NEGOTIATIONS WITH LIENHOLDER ON BRIGANTINE PROPERTY OWNED BY LLC IN WHICH DEBTOR HAS 1/3 INTEREST.

Initial Projected Date of Final Report (TFR): 04/30/25    Current Projected Date of Final Report (TFR): 04/30/25

/s/    BRIAN S. THOMAS, TRUSTEE
_____    Date: _____
BRIAN S. THOMAS, TRUSTEE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 23-15941    ABA    Judge: ANDREW B. ALTENTBURG, JR. | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
| Case Name: | WOLFSON, BRIAN | Date Filed (f) or Converted (c): | 09/05/23 (c) |
| | | 341(a) Meeting Date: | 10/16/23 |
| | | Claims Bar Date: | 12/19/23 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 23-15941 -ABA | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | WOLFSON, BRIAN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0292  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4135 | | |
| For Period Ending: | 09/10/24 | Blanket Bond (per case limit): | $ 33,064,316.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/24 | | MAX SPANN AUCTIONS CO. PROXI BID ESCROW ACCOUNT 1325 ROUTE 31 SOUTH ANNANDALE, NJ 08801 | AUCTION DEPOSIT RELATES TO PROCEEDS FROM SALE OF REAL ESTATE, SEE BELOW. | 2500-000 | | -211,750.00 | 211,750.00 |
| 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 15.08 | 211,734.92 |
| 02/16/24 | 3 | WSFS | PROCEEDS OF SALE 2012 Ford F20, PURCHASER - TOM BIELLI | 1129-000 | 13,000.00 | | 224,734.92 |
| 02/28/24 | | SURETY TITLE COMPANY, LLC | PROCEEDS OF SALE OF REAL ESTATE 110 MUNN LANE, CHERRY HILL, NJ  *FIRST COLONIAL WILL NOT SHARE IN PROCEEDS FROM MUNN LANE (TOWARDS IT'S DEFICIENCY CLAIM) PER COURT ORDER. FIRST COLONIAL WILL SHARE IN DISTRIBUTION FROM ASSET #13, JW HOME, LLC. | | 72,456.23 | | 297,191.15 |
| | 1 | SURETY TITLE COMPANY, LLC | Memo Amount:       2,117,500.00 PROCEEDS OF SALE OF REAL ESTATE | 1110-000 | | | |
| | | | Memo Amount:    (    211,750.00 ) EARNEST MONEY | 2500-000 | | | |
| | | | Memo Amount:    (     29,841.82 ) Real estate tax | 2500-000 | | | |
| | | | Memo Amount:    (  1,623,111.77 ) MORTGAGE PAYOFF | 4110-000 | | | |
| | | | Memo Amount:    (        450.00 ) MISCELLANEOUS CLOSING COST | 2500-000 | | | |
| | | | Memo Amount:    (    183,500.00 ) BUYERS PREMIUM | 2500-000 | | | |
| | | | Memo Amount:          3,609.82 | 2500-000 | | | |
| | | | Page Subtotals | | 85,456.23 | -211,734.92 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 22.07l

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 23-15941 -ABA | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | WOLFSON, BRIAN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0292  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4135 | | |
| For Period Ending: | 09/10/24 | Blanket Bond (per case limit): | $ 33,064,316.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/24 | 700001 | ALLEN TWIGG<br>1910 OAK AVENUE<br>NORTHFIELD, NJ 08225 | PRO RATA ADJUSTMENT<br>MISCELLANEOUS WORK-1/14/24-2/27/24<br>110 MUNN LANE<br>CHERRY HILL, NJ | 3992-000 | | 1,425.00 | 295,766.15 |
| 02/29/24 | 700002 | ALLEN TWIGG<br>1910 OAK AVENUE<br>NORTHFIELD, NJ 08225 | MISCELLANEOUS WORK-1/14/24-2/27/24<br>110 MUNN LANE<br>CHERRY HILL, NJ | 3992-000 | | 628.60 | 295,137.55 |
| 03/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 225.91 | 294,911.64 |
| 03/18/24 | 700003 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | SPECIAL COUNSEL FEES<br>PER COURT ORDER DATED 03/14/24 | 3210-000 | | 60,511.50 | 234,400.14 |
| 03/18/24 | 700004 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | SPECIAL COUNSEL EXPENSES<br>PER COURT ORDER DATED 03/14/24 | 3220-000 | | 1,235.73 | 233,164.41 |
| 04/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 299.22 | 232,865.19 |
| 04/05/24 | 16 | BERKSHIRE HATHAWAY HOMESTEAD<br>INSURANCE COMPANY<br>1314 DOUGLAS STREET<br>SUITE 1400<br>OMAHA, NE 68102-1944 | PREMIUM REFUND | 1290-000 | 1,834.00 | | 234,699.19 |
| 04/22/24 | 13 | UNIQUE HOMES BRIGANTINE, LLC<br>M SNYDER<br>PO BOX 308<br>BRIGANTINE, NJ 08203 | Settlement payment<br>PER MARCH 21, 2024 MOTION FILED BY<br>SPECIAL COUNSEL<br><br>LIQUIDATION OF ESTATE'S CLAIM AGAINST<br>MICHAEL SNYGER RELATING TO BALLOON<br>MORTGAGE, HELD BY SNYDER, ON<br>PROPERTY KNOWN AS 219 13TH STREET,<br>BRIGANTINE, NJ AND TITLED IN NAME OF JW<br>HOME, LLC. DEBTOR HAD AN INTEREST IN | 1129-000 | 169,500.00 | | 404,199.19 |

Page Subtotals     171,334.00     64,325.96

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 23-15941 -ABA | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | WOLFSON, BRIAN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0292  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4135 | | |
| For Period Ending: | 09/10/24 | Blanket Bond (per case limit): | $ 33,064,316.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | THIS LLC. THE MATTER WAS SUBJECT OF A MOTION FILED ON MARCH 21, 2024. THE CHECK RECEIVED BY THE TRUSTEE WAS $500.00 LESS THAN AGREED, BUT SPECIAL COUNSEL WILL DEAL WITH THIS ISSUE. | | | | |
| 05/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 292.51 | 403,906.68 |
| 06/03/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 445.96 | 403,460.72 |
| 07/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 431.13 | 403,029.59 |
| 07/08/24 | 700005 | BRIAN S. THOMAS, CHAPTER 7 TRUSTEE 327 CENTRAL AVENUE SUITE 103 LINWOOD, NJ 08221 | EXPENSE REIMBURSEMENT $3,336.00 PROPERTY INSURANCE PAID 01/17/24 $357.19 LOCKSMITH JOB #1 PAID 01/18/24 $385.00 LOCKSMITH JOB #2 PAID 01/18/24 ON OR ABOUT JANUARY 17, 2024 THE TRUSTEE, THROUGH HIS OWN PERSONAL FUNDS, PAID A PROPERTY INSURANCE PREMIUM IN THE AMOUNT OF $3,336.00. AFTER THE PROPERTY WAS SOLD, THE TRUSTEE RECEIVED A REFUND IN THE AMOUNT OF $1,834.00. THIS CHECK WAS MADE PAYABLE TO THE DEBTOR'S ESTATE AND WAS DEPOSITED INTO THE ESTATE CHECKING ACCOUNT. ON JANUARY 18, 2024, THE TRUSTEE PAID TWO INVOICES FROM A LOCKSMITH WHO CHANGED LOCKS AT THE DEBTOR'S HOUSE AND THEN CHANGED LOCKS AT DEBTOR'S BARN. THE SAME COMPANY CHANGED THE LOCKS WITH TWO DIFFERENT CREWS DOING THE WORK. THE TRUSTEE PAID, FROM HIS | 2200-000 | | 4,078.19 | 398,951.40 |

Page Subtotals           0.00        5,247.79

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 23-15941 -ABA | |
| Case Name: | WOLFSON, BRIAN | |
| Taxpayer ID No: | *******4135 | |
| For Period Ending: | 09/10/24 | |

| | | |
|---|---|---|
| Trustee Name: | BRIAN S. THOMAS, TRUSTEE | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | *******0292  Checking Account (Non-Interest Earn) | |
| Blanket Bond (per case limit): | $ 33,064,316.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | OWN FUNDS, $357.19 AND $385.00, THE LOCKSMITH INVOICES. ON JULY 08, 2024 THE TRUSTEE REIMBURSED HIMSELF THE INSURANCE PREMIUM (WHICH REALLY RELATES TO TRUSTEE'S INDIVIDUAL FUNDS) AND THE LOCKSMITH CHARGES. | | | | |
| 07/15/24 | 700006 | STATE OF NEW JERSEY - TGI | FORM NJ-1041 - FY ENDING 05/31/2024 | 2820-000 | | 8,644.00 | 390,307.40 |
| 07/29/24 | 700007 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | SPECIAL COUNSEL FEES | 3210-000 | | 69,369.00 | 320,938.40 |
| 07/29/24 | 700008 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | SPECIAL COUNSEL EXPENSES | 3220-000 | | 1,537.33 | 319,401.07 |
| 07/31/24 | 1 | SURETY TITLE COMPANY, LLC<br>RECORDING ESCROW ACCOUNT<br>11 EVES DRIVE, SUITE 150<br>MARLTON, NJ 08053 | REFUND OF EXCESS RECORDING FEES | 1110-000 | 25.00 | | 319,426.07 |
| 08/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 440.18 | 318,985.89 |
| 08/28/24 | 700009 | SHARER PETREE BROTZ & SNYDER<br>1103 LAUREL OAK ROAD<br>SUITE 105B<br>VOORHEES, NJ 08043 | Accountant Fees<br>PER COURT ORDER DATED 08/22/24 | 3410-000 | | 11,629.50 | 307,356.39 |
| 08/28/24 | 700010 | SHARER PETREE BROTZ & SNYDER<br>1103 LAUREL OAK ROAD<br>SUITE 105B<br>VOORHEES, NJ 08043 | ACCOUNTANT EXPENSES<br>PER COURT ORDER DATED 08/22/24 | 3992-000 | | 34.45 | 307,321.94 |

Page Subtotals         25.00      91,654.46

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 9)*         Ver: 22.07l

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 23-15941 -ABA | | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WOLFSON, BRIAN | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0292  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4135 | | | |
| For Period Ending: | 09/10/24 | | Blanket Bond (per case limit): | $ 33,064,316.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 2,121,109.82 | COLUMN TOTALS | 256,815.23 | -50,506.71 | 307,321.94 |
| Memo Allocation Disbursements: | 2,048,653.59 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 256,815.23 | -50,506.71 | |
| Memo Allocation Net: | 72,456.23 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 256,815.23 | -50,506.71 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 2,121,109.82 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,048,653.59 | Checking Account (Non-Interest Earn - *******0292 | 256,815.23 | -50,506.71 | 307,321.94 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 72,456.23 | | 256,815.23 | -50,506.71 | 307,321.94 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 10, 2024 |
|---|---|---|---|---|---|---|

Case Number:  23-15941  
Debtor Name:  WOLFSON, BRIAN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BRIAN S. THOMAS, TRUSTEE | Administrative | | $92,305.77 | $0.00 | $92,305.77 |
| 001<br>2200-00 | BRIAN S. THOMAS, TRUSTEE | Administrative | | $4,304.00 | $4,078.19 | $225.81 |
| 002<br>6700-00 | GORSKI & KNOWLTON, PC<br>311 WHITEHORSE AVENUE<br>SUITE A<br>HAMILTON, NJ 08610 | Administrative | | $4,931.87 | $0.00 | $4,931.87 |
| 001<br>3410-00 | SHARER PETREE BROTZ &<br>SNYDER<br>1103 LAUREL OAK ROAD<br>SUITE 105B<br>VOORHEES, NJ 08043 | Administrative | | $11,629.50 | $11,629.50 | $0.00 |
| 001<br>3992-00 | SHARER PETREE BROTZ &<br>SNYDER<br>1103 LAUREL OAK ROAD<br>SUITE 105B<br>VOORHEES, NJ 08043 | Administrative | | $34.45 | $34.45 | $0.00 |
| 001<br>3210-00 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | Administrative | | $69,369.00 | $69,369.00 | $0.00 |
| 001<br>3220-00 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | Administrative | | $1,537.33 | $1,537.33 | $0.00 |
| 001<br>3210-00 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | Administrative | | $60,511.50 | $60,511.50 | $0.00 |
| 001<br>3220-00 | CIARDI CIARDI & ASTIN<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | Administrative | | $1,235.73 | $1,235.73 | $0.00 |
| 000007<br>058<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Priority | Filed 11/13/23 | $19,863.39 | $0.00 | $19,863.39 |
| 000023<br>058<br>5800-00 | State of New Jersey<br>Department of Treasury<br>Division of Taxation<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | Priority | Filed 01/09/24 | $1,479.14 | $0.00 | $1,479.14 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 10, 2024 |

Case Number:  23-15941  
Debtor Name:  WOLFSON, BRIAN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 070<br>7100-00 | Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Unsecured | | $4,960.85 | $0.00 | $4,960.85 |
| 000001<br>070<br>7100-00 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011 | Unsecured | Filed 07/21/23 | $447.89 | $0.00 | $447.89 |
| 000002<br>070<br>7100-00 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011 | Unsecured | Filed 07/21/23 | $231.88 | $0.00 | $231.88 |
| 000003<br>070<br>7100-00 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 07/23/23 | $2,159.05 | $0.00 | $2,159.05 |
| 000004<br>070<br>7100-00 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | Filed 07/24/23 | $483.70 | $0.00 | $483.70 |
| 000005<br>070<br>7100-00 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | Filed 07/24/23 | $4,027.21 | $0.00 | $4,027.21 |
| 000006<br>070<br>7100-00 | 1st Colonial Community Bank<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034 | Unsecured | Filed 03/22/24 | $910,650.61 | $0.00 | $910,650.61 |
| 000008<br>070<br>7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 08/18/23 | $3,189.55 | $0.00 | $3,189.55 |
| 000009<br>070<br>7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 08/18/23 | $2,934.96 | $0.00 | $2,934.96 |
| 000010<br>070<br>7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 08/18/23 | $13,747.10 | $0.00 | $13,747.10 |
| 000011<br>070<br>7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 08/18/23 | $4,115.17 | $0.00 | $4,115.17 |
| 000012<br>070<br>7100-00 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090 | Unsecured | Filed 09/06/23 | $43,938.61 | $0.00 | $43,938.61 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: September 10, 2024 |

Case Number:   23-15941  
Debtor Name:   WOLFSON, BRIAN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Verizon by American InfoSource as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | Filed 09/11/23 | $506.15 | $0.00 | $506.15 |
| 000015 070 7100-00 | JD's Auto Restoration Center 810 Welsh Road Huntingdon Valley, PA 19006 | Unsecured | Filed 09/19/23 | $2,000.00 | $0.00 | $2,000.00 |
| 000016 070 7100-00 | New Jersey Turnpike Authority Ramon de la Cruz, NJ Turnpike Authority 1 Turnpike Plaza, P.O Box 5042 Woodbridge, NJ 07095 | Unsecured | Filed 09/20/23 | $802.54 | $0.00 | $802.54 |
| 000017 070 7100-00 | Miller Equipment Services LLC 601 Ryan Ave. unit D Westville, NJ 08093 | Unsecured | Filed 09/29/23 | $2,042.00 | $0.00 | $2,042.00 |
| 000018 070 7100-00 | Rich Wulwick 16 Old Track Road Apt 108 Greenwich, CT 06830-6283 | Unsecured | Filed 11/20/23 DO NOT PAY - CLAIM ENTERED IN WRONG CASE | $0.00 | $0.00 | $0.00 |
| 000019 070 7100-00 | McDowell Law, PC 46 West Main Street Maple Shade, NJ 08052 | Unsecured | Filed 07/01/24 | $47,529.82 | $0.00 | $47,529.82 |
| 000020 070 7100-00 | Rich Wulwick 16 Old Track Road Apt 108 Greenwich, CT 06830-6283 | Unsecured | Filed 11/20/23 | $37,400.00 | $0.00 | $37,400.00 |
| 000021 070 7100-00 | Jefferson Capital Systems LLC Po Box 7999 Saint Cloud MN 56302-9617 | Unsecured | Filed 12/13/23 | $1,724.36 | $0.00 | $1,724.36 |
| 000022 070 7100-00 | Flash Electric NJ Corp Arthur R. Panza, Esq 228 Kings Highway East 2nd Floor Haddonfield, NJ 08033 | Unsecured | Filed 12/19/23 | $3,862.50 | $0.00 | $3,862.50 |
| 7A 070 7100-00 | Department of Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101 | Unsecured | | $4,960.85 | $0.00 | $4,960.85 |
| 000014 050 4110-00 | Edward Epstein 235 Mill Road Wilmington, DE 19806 | Secured | Filed 09/15/23 DO NOT PAY - SECURED | $150,446.67 | $0.00 | $150,446.67 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 10, 2024 |

Case Number:     23-15941                                           Claim Class Sequence
Debtor Name:     WOLFSON, BRIAN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $1,509,363.15 | $148,395.70 | $1,360,967.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-15941 ABA
Case Name: WOLFSON, BRIAN
Trustee Name: BRIAN S. THOMAS, TRUSTEE

Balance on hand $ 307,321.94

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRIAN S. THOMAS, TRUSTEE | $ 92,305.77 | $ 0.00 | $ 92,305.77 |
| Trustee Expenses: BRIAN S. THOMAS, TRUSTEE | $ 4,304.00 | $ 4,078.19 | $ 225.81 |
| Attorney for Trustee Fees: CIARDI CIARDI & ASTIN | $ 69,369.00 | $ 69,369.00 | $ 0.00 |
| Accountant for Trustee Fees: SHARER PETREE BROTZ & SNYDER | $ 11,629.50 | $ 11,629.50 | $ 0.00 |
| Other: SHARER PETREE BROTZ & SNYDER | $ 34.45 | $ 34.45 | $ 0.00 |
| Other: CIARDI CIARDI & ASTIN | $ 60,511.50 | $ 60,511.50 | $ 0.00 |
| Other: CIARDI CIARDI & ASTIN | $ 1,537.33 | $ 1,537.33 | $ 0.00 |
| Other: CIARDI CIARDI & ASTIN | $ 1,235.73 | $ 1,235.73 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $ 92,531.58

Remaining Balance        $ 214,790.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Professional Fees: GORSKI & KNOWLTON, PC | $ 4,931.87 | $ 0.00 | $ 4,931.87 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses | $ | 4,931.87 |
| Remaining Balance | $ | 209,858.49 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,342.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Department of Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101 | $ 19,863.39 | $ 0.00 | $ 19,863.39 |
| 000023 | State of New Jersey Department of Treasury Division of Taxation P.O. Box 245 Trenton, NJ 08695-0245 | $ 1,479.14 | $ 0.00 | $ 1,479.14 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 21,342.53 |
| Remaining Balance | $ | 188,515.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,091,714.80 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011 | $ 447.89 | $ 0.00 | $ 357.31 |
| 000002 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011 | $ 231.88 | $ 0.00 | $ 184.99 |
| 000003 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 2,159.05 | $ 0.00 | $ 1,722.42 |
| 000004 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $ 483.70 | $ 0.00 | $ 385.88 |
| 000005 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $ 4,027.21 | $ 0.00 | $ 3,212.77 |
| 000006 | 1st Colonial Community Bank<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034 | $ 910,650.61 | $ 0.00 | $ 48,026.81 |
| 000008 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 3,189.55 | $ 0.00 | $ 2,544.51 |
| 000009 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 2,934.96 | $ 0.00 | $ 2,341.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 13,747.10 | $ 0.00 | $ 10,966.96 |
| 000011 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 4,115.17 | $ 0.00 | $ 3,282.94 |
| 000012 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090 | $ 43,938.61 | $ 0.00 | $ 35,052.70 |
| 000013 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $ 506.15 | $ 0.00 | $ 403.79 |
| 000015 | JD's Auto Restoration Center<br>810 Welsh Road<br>Huntingdon Valley, PA 19006 | $ 2,000.00 | $ 0.00 | $ 1,595.53 |
| 000016 | New Jersey Turnpike Authority<br>Ramon de la Cruz, NJ Turnpike Authority<br>1 Turnpike Plaza, P.O Box 5042<br>Woodbridge, NJ 07095 | $ 802.54 | $ 0.00 | $ 640.24 |
| 000017 | Miller Equipment Services LLC<br>601 Ryan Ave. unit D<br>Westville, NJ 08093 | $ 2,042.00 | $ 0.00 | $ 1,629.03 |
| 000019 | McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | $ 47,529.82 | $ 0.00 | $ 37,917.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000020 | Rich Wulwick<br>16 Old Track Road<br>Apt 108<br>Greenwich, CT 06830-6283 | $ 37,400.00 | $ 0.00 | $ 29,836.43 |
| 000021 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | $ 1,724.36 | $ 0.00 | $ 1,375.63 |
| 000022 | Flash Electric NJ Corp<br>Arthur R. Panza, Esq<br>228 Kings Highway East<br>2nd Floor<br>Haddonfield, NJ 08033 | $ 3,862.50 | $ 0.00 | $ 3,081.36 |
| | Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | $ 4,960.85 | $ 0.00 | $ 0.00 |
| 7A | Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | $ 4,960.85 | $ 0.00 | $ 3,957.59 |

Total to be paid to timely general unsecured creditors      $      188,515.96

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE