UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN WOLFSON

| | |
|---|---|
| Case No.: | 23-15941 |
| Chapter: | 7 |
| Hearing Date: | 10/24/24 |
| Judge: | ALTENBURG |

# ORDER
## AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through ___two (2)___, is **ORDERED**.

**DATED: October 24, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No. 23-15941-ABA

WOLFSON, BRIAN

Debtor(s)

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2024, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $92,305.77 is reasonable compensation for the services rendered in this case by BRIAN S. THOMAS, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $4,304.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

Case 23-15941-ABA    Doc 181    Filed 10/24/24    Entered 10/24/24 15:00:24    Desc Main
Document    Page 3 of 3